# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

Case No. SA CV 19-00833-DOC-KES                     Date: June 25, 2020

Title: QUOTIDIAN HOME DIALYSIS ORANGE COUNTY, LLC v. UNITED HEALTHCARE SERVICES, INC.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

| Kelly Davis | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   ORDER CLOSING CASE**

On October 30, 2019, the Court issued a Minute Order (Dkt. 32) dismissing Plaintiff's Second Amended Complaint. Plaintiff was given until November 13, 2019 to file an amended complaint. As no amended complaint has been filed, the Court hereby CLOSES this case.

The Clerk shall serve this minute order on the parties.

MINUTES FORM 11                                             Initials of Deputy Clerk: kd

CIVIL-GEN